**RELIEF REQUESTED WITHOUT A HEARING**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| **BLAIR HOUSE ASSOCIATES** ) | Case No. 21-20110 |
| **LIMITED PARTNERSHIP**, ) | |

### MOTION REQUESTING WRIT OF EXECUTION

NOW COME Blair House Associates Limited Partnership ("Blair House") and requests that this Court to issue a Writ of Execution in this matter and states as follows:

1. On February 18, 2022, this Court issued a "Further Order on Request for Award of Attorney's Fees and Punitive Damages" (the "Order") [Doc. 41].

2. The Order awarded Blair House damages in the total amount of $148,000 (the "Award") as against Ellen Hancock, Trustee of the Hillman Mather Adams Norberg Trust.

3. Rule 7069 provides that Rule 69 of the Federal Rules of Civil Procedure apply; and in turn, Rule 69(a) (1) states that a "money judgment is enforced by a writ of execution . . . ."

4. Rule 1018 list rules that apply but does not include Rule 7069; however, Rule 1018 provides, "The court may direct that other rules in Part VII shall also apply."

5.  Blair House requests that this Court direct that Rule 7069 applies in this matter and that a Writ of Execution may issue in the amount of the Award against Ellen Hancock, Trustee of the Hillman Mather Adams Norberg Trust.

Dated: April 15, 2022  /s/ Daniel L. Cummings
Daniel L. Cummings
James D. Poliquin
Attorneys Blair House Associates
Limited Partnership

NORMAN, HANSON & DETROY, LLC
P.O. Box 4600
Portland, ME  04112-4600
(207)  774-7000

### CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING

I hereby certify that I served a true copy of the above Motion Requesting Writ of Execution and proposed form of Order on the service list below via U.S. mail, postage prepaid on April 15, 2022. All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated: April 15, 2022  /s/ Daniel L. Cummings
Daniel L. Cummings

### SERVICE LIST