# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| **BLAIR HOUSE ASSOCIATES** ) | Case No. 21-20110 |
| **LIMITED PARTNERSHIP**, ) | |

## SUGGESTION OF DEATH

NOW COMES counsel for Blair House Associates Limited Partnership and gives notice to the Court of the death of Ellen Hancock.  Given that Ms. Hancock was a party only in her capacity as Trustee of the Hillman Mather Adams Norberg Trust, this matter survives her death and is not extinguished.

THEREFORE, Appellees suggest the death of Ellen Hancock on the record.

Dated: May 4, 2022                     /s/ Daniel L. Cummings
                                       Daniel L. Cummings
                                       James D. Poliquin
                                       Attorneys Blair House

NORMAN, HANSON & DETROY, LLC
P.O. Box 4600
Portland, ME  04112-4600
(207)  774-7000

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING

I hereby certify that I served a true copy of the above Suggestion of Death on the service list below via U.S. mail, postage prepaid on April 15, 2022. All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated: May 4, 2022                     /s/ Daniel L. Cummings
                                       Daniel L. Cummings

## SERVICE LIST

None.